Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court

**Southern** District of **New York**

| | |
|---|---|
| James Gilmore | Docket No.: 04 cr. 472 batts |
| | (District Court Judge) |

Notice is hereby given that **James Gilmore** appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ✓ ], other [ ___ ] **criminal**
(specify)

entered in this action on **12-4-06**
(date)

Offense occurred after November 1, 1987   Yes [ ✓ ]   No [ ___ ]

This appeal concerns: Conviction only [ ___ ]   Sentence only [ ___ ]   Conviction and Sentence [ ✓ ]

Date **12-8-06**
TO **U.S. Attorney**

(ADD ADDITIONAL PAGE IF NECESSARY)

---

### TO BE COMPLETED BY ATTORNEY

▼ **QUESTIONNAIRE**   ▼ **TRANSCRIPT ORDER**   ▼ **TRANSCRIPT INFORMATION - FORM B**

[ ✓ ] I am ordering a transcript
[ ___ ] I am not ordering a transcript
Reason
[ ___ ] Daily copy is available
[ ___ ] U.S. Attorney has placed order
[ ___ ] Other. Attach explanation

Prepare transcript of
[ ___ ] Prepare proceedings
[ ✓ ] Trial
[ ___ ] Sentencing  **12-4-06**
[ ___ ] Post-trial proceedings

Dates

Telephone Number: **212-334-5131**

Address: **B. Alan Seidler (Counsel for Appellant) 580 Broadway New York, NY 10012**

DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE)

Estimated number of pages

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b).)
Method of payment [ ✓ ] Funds [ ___ ] CJA Form 24 [ ___ ]

ATTORNEY'S SIGNATURE _____   DATE **12-8-06**

---

### COURT REPORTER ACKNOWLEDGMENT
To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____   Signature _____
(Court Reporter)

---

**DISTRIBUTE COPIES TO THE FOLLOWING:**
1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05