PREET BHARARA
United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/13
```

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

                 Plaintiff,

                 - v. -

JAMES E. GILMORE,

                 Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SATISFACTION OF JUDGMENT

04 CR 0472 (DAB)

JUDGMENT #: 06,2805

LIEN #: 2007040400888017

SOUTHERN DISTRICT OF NEW YORK

       Satisfaction is acknowledged between United States of America, plaintiff, and James E. Gilmore, defendant, for the restitution in the amount of $15,920.00 and the special assessment in the amount of $300.00, amounting in all to the sum of $16,220.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the day 28th of December 2006.

                                     PREET BHARARA
                                     United States Attorney for the
                                     Southern District of New York

                                   By: _____
                                         KATHLEEN A. ZEBROWSKI
                                         Assistant United States Attorney

STATE OF NEW YORK)
                    ss:
COUNTY OF NEW YORK)

       On the ___ day of July 2013, before me personally came KATHLEEN A. ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that she executed the same.

_____
NOTARY PUBLIC

KATHY TAYLOR
Notary Public, State of New York
No. 01TA5077230
Qualified in Kings County
Commission Expires May 5, 15