UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*U.S. DISTRICT COURT FILED JUL 15 2019 S.D. OF N.Y.*

----------------------------------------x

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.

JAMES GILMORE,
    *Defendant.*

----------------------------------------x

Case No. 1:04-CR-472-DAB ← FILE IN
Related Case [1:09-CV-1183-DAB]

## MOTION FOR EARLY TERMINATION
## OF SUPERVISED RELEASE

*denied DAB 8/13/19*

**NOW COMES** JAMES GILMORE, motioning this Court *in propria persona* (*pro se*) to terminate the imposed term of supervised release, reducing such to a "time already served" duration. This request is made pursuant to title 18 United States Code §3583(e) and Federal Rules of Criminal Procedure 32.1(c). Under the same rule of criminal procedure, no hearing is requested in this matter.

## PROCEDURAL HISTORY

On December 4, 2006 i was sentenced to 120 months in prison after pleading guilty to one count each of

1. Conspiracy to Commit Bank Fraud; 18 U.S.C. §371
2. Bank Fraud; 18 U.S.C. §1344, and
3. Witness Tampering; 18 U.S.C. §1512

Doc. 16. I was sentenced to 5 years of supervised release after my release from Bureau of Prisons (BOP) custody.

**SO ORDERED**

*Deborah A. Batts*  8/13/19
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE